AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-cr-00035 |
|  | ) Assigned to: Judge Sullivan, Emmet G. |
| Justin Jersey | ) Assign Date: 11/17/2021 |
|  | ) Description: SUPERSEDING INDICTMENT (B) |
|  | ) Related Case No: 21-cr-00035 (EGS) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Justin Jersey
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b), 2 (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon);
18 U.S.C. §§ 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon);
18 U.S.C. § 231(a)(3) (Civil Disorder);
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(F) (Violent Entry and Disorderly Conduct in a Capitol Building or Grounds)

Date:   11/17/2021

*Issuing officer's signature*
Robin M. Meriweather
2021.11.17 16:13:59 -05'00'

City and state:   Washington, DC
Robin Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/17/21, and the person was arrested on *(date)* 12/02/2021
at *(city and state)* Flint, Michigan.

Date: 12/02/2021

*Arresting officer's signature*
Robert McDonald, SA, FBI
*Printed name and title*