UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-CR- 35 (EGS) |
| | : | |
| JUSTIN JERSEY | : | |
| | : | |
| Defendant. | : | |

JOINT STATUS REPORT
REGARDING JUSTIN JERSEY'S DETENTION

Pursuant to the Court's December 22, 2021 order, the parties submit this joint status report in order to inform the Court that neither party objects to the Court's order that Mr. Jersey "remain[] at the Midland County Sheriffs Office-Jail in Midland, Michigan until further order of the Court," or that he be "transferred to a facility other than the D.C. Jail until further order of the Court"

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:      /s/ Benet J. Kearney
Colleen D. Kukowski
DC Bar No. 1012458
Benet J. Kearney
NY Bar No. 4774048
Matthew Moeder
MO Bar No. 64036
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2646 / (212) 637 2260 / (816) 426-4103
Colleen.Kukowski@usdoj.gov/
Benet.Kearney@usdoj.gov /
Matthew.Moeder@usdoj.gov