IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CASE NO. 21-CR-00035 (EGS)** |
| **JUSTIN JERSEY,** | : | |
| Defendant. | : | |

## JOINT MOTION TO SCHEDULE CHANGE OF PLEA HEARING

The United States of America, by and through its undersigned counsel, and defendant Justin Jersey, through his counsel, Alfred Guillaume, III, Esq., respectfully request that this Court set the above-captioned matter for a change of plea hearing on September 7, 2022 at 3:00 p.m.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Benet J. Kearney*
Matthew Moeder
MO Bar No. 64036
Benet J. Kearney
NY Bar No. 4774048
Colleen D. Kukowski
DC Bar No. 1012458
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
(212) 637 2260 / (202) 252-2646 / (816) 426-4103
Benet.Kearney@usdoj.gov /
Colleen.Kukowski@usdoj.gov /
Matthew.Moeder@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System.

                                              */s/ Benet J. Kearney*
                                              Benet J. Kearney
                                              Assistant United States Attorney

Date: August 17, 2022