IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 21 Cr. 035 (RC) |
| JUSTIN JERSEY | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on January 20, 2023 via USAfx, in relation its sentencing memorandum (ECF No. 275). These exhibits will be offered into evidence during the sentencing hearing scheduled for February 10, 2023. Because they are video clips, the exhibits are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1. Government Exhibit 4 is a clip from the body-worn camera video of Metropolitan Police Department ("MPD") Officer A.W. The clip is approximately 2 minutes and 3 seconds long. The events depicted in the exhibit occurred between approximately 4:26 p.m. EST and 4:28 p.m. EST on January 6, 2021.

2. Government Exhibit 6 is a clip from the body-worn camera video of MPD Officer D.P. The clip is approximately1 minute long. The events depicted in the exhibit occurred between approximately 4:27 p.m. EST and 4:28 p.m. EST on January 6, 2021.

3. Government Exhibit 7 is a clip from a video filmed on the Lower West Terrace of the U.S. Capitol building. The clip is approximately 2 minutes and 2 seconds long. The events

depicted in the exhibit occurred between approximately 4:26 p.m. EST and 4:28 p.m. EST on January 6, 2021.

4. Government Exhibit 11 is a clip from the body-worn camera video of MPD Officer A.W. The clip is approximately 1 minute and 2 seconds long. The events depicted in the exhibit occurred between approximately 4:29 p.m. EST and 4:30 p.m. EST on January 6, 2021.

5. Government Exhibit 12 is a clip from the body-worn camera video of an MPD Officer who responded to the Capitol on January 6, 2021. The clip is approximately 1 minute and 7 seconds long. The events depicted in the exhibit occurred between approximately 4:29 p.m. EST and 4:30 p.m. EST on January 6, 2021.

If the Court accepts these proposed exhibits into evidence on February 10, 2023, the United States takes the position that Exhibits 4, 6, and 7 should be promptly released to the public. The United States will file a separate motion seeking to file Exhibits 11 and 12 under seal.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BY: /s/ Benet J. Kearney
Benet J. Kearney
NY Bar No. 4774048
Assistant United States Attorney
1 Saint Andrew's Plaza
New York, New York 10005
(212) 637-2260
Benet.Kearney@usdoj.gov