**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v.   : | **CASE NO. 21 Cr. 035 (RC)** |
| **JUSTIN JERSEY** : | |

### MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully submits this Motion for Leave to File Materials Under Seal, requesting an Order placing Exhibits 11, 12, and 13 to the Government's Sentencing Submission (ECF No. 275) under seal.

Exhibits 11 and 12 are videos depicting the injuries suffered by Metropolitan Police Department ("MPD") Officer A.W. on January 6, 2021. Exhibit 13 is documentation from the MPD regarding costs incurred in connection with the treatment resulting from Officer A.W.'s injuries. Exhibit 13 contains the officer's full name, dates of treatment, procedure codes, facility names, duty status, and salary information.

Due to the sensitive nature of these records, the United States respectfully requests that they be filed under seal.

Respectfully submitted,

Matthew M. Graves
United States Attorney

BY: /s/ Benet J. Kearney
Benet J. Kearney
NY Bar No. 4774048
Assistant United States Attorney
1 Saint Andrew's Plaza
New York, New York 10007
(212) 637-2260
Benet.Kearney@usdoj.gov